UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH W. LOREE,

    Plaintiff,

v.                                        Case No. 3:06cv250/MCR/EMT

FIDELITY NATIONAL PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

    Pursuant to the court's order to show cause, Plaintiff has filed a stipulated response. (Doc. 28).  The response confirms the previously filed mediation report and continues to advise that mediation has since resulted in an impasse.  The mediator has now filed a second mediation report indicating the mediation session conducted January 23, 2007, has resulted in an impasse.  (Doc. 29).  The court accepts the parties response and no sanctions will be imposed.

    **ORDERED** this 27th day of February, 2007.

                                   *s/ M. Casey Rodgers*
                                   **M. CASEY RODGERS**
                                   **UNITED STATES DISTRICT JUDGE**